# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152568

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

RICKY JEROME NELSON,
   Defendant-Appellant.

SC:  152568
COA:  329493
Kent CC:  98-005663-FC

_____/

   On order of the Court, the application for leave to appeal the October 21, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016



Clerk

s0922